United States District Court
Southern District of Texas
**ENTERED**
July 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LORRAINE GREEN, <br><br> Plaintiff, <br> VS. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. | § <br> § <br> § <br> § CIVIL ACTION NO. 4:20-CV-1540 <br> § <br> § <br> § <br> § <br> § |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(a), this cause is hereby **DISMISSED** on the merits without prejudice to the right of counsel to move for reinstatement of this action within ninety (90) days if settlement is not consummated.

**FURTHERMORE**, the Court shall retain jurisdiction to enforce the settlement agreement in its discretion upon an appropriate motion made within ninety (90) days of this Order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S. Ct. 1673, 1677 (1994); *Bell v. Schexnayder*, 36 F.3d 447, 448-50 (5th Cir. 1994).

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 23rd day of July, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE